JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANIE FLETCHER,<br><br>        Plaintiff,<br><br>    v.<br><br>GEICO GENERAL INSURANCE COMPANY; AND DOES 1-50, INCLUSIVE,<br><br>        Defendants. | Case No. 2:25-cv-09947-SVW (AJRx)<br><br>[PROPOSED] ORDER RE STIPULATION TO REMAND |

**IT IS HEREBY ORDERED** that, pursuant to the parties' STIPULATION REMANDING ACTION (the "Stipulation"), the Stipulation is approved. Based upon the stipulation of the parties, and for good cause shown, the above-captioned action shall be, and hereby is remanded to the Los Angeles County Superior Court. In the event that plaintiff STEFANIE FLETCHER, hereafter seeks, or attempts to recover, damages in this action in excess of $75,00000 (Seventy-Five Thousand Dollars and No Cents) (including that for insurance benefits, special damages, economic damages, general damages, non-economic damages, attorney fees, punitive damages, costs of suit, and interest), defendant GEICO GENERAL

4924-3543-2825.1

[PROPOSED] ORDER RE: REMAND

INSURANCE COMPANY ("GEICO" or "Defendant") may remove this action to the United States District Court for the Central District of California, pursuant to 28 U.S.C. § 1441(b).

**IT IS SO ORDERED.**

Dated: November 19, 2025

_____

Hon. Stephen V. Wilson
United States District Judge

4924-3543-2825.1